UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, <br>     Plaintiff, <br> v. <br> GLENN YABUNO, et al., <br>     Defendants. | Case No. 19-cv-02300-VC (PR) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Steven Wayne Bonilla, a state inmate, has filed a *pro se* civil action under 42 U.S.C. § 1983 against the Honorable C. Don Clay, Alameda County Superior Court judge; the Honorable Glenn Yabuno, Gregory S. Tavill, Keith B. Davis, San Bernardino County Superior Court judges and Court Clerks Julie Francis, Nicci Martinez, Lauren Tenorio, Sylvia Gutierrez, Rusann Gaitan; the Honorable Steven R. Sanders, San Benito County Superior Court judge and Court Supervisor Sylvia Arciniega. Bonilla has been disqualified from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g) unless he is "under imminent danger of serious physical injury" at the time he filed his complaint. 28 U.S.C. 1915(g); *In re Steven Bonilla*, No. C 11-3180 CW (PR); *Bonilla v. Dawson*, No. C 13-0951 CW (PR).

The allegations in this complaint do not show that Bonilla was in imminent danger at the time of filing. Therefore, he may not proceed *in forma pauperis*. Moreover, even if an IFP application were granted, his lawsuit would be barred under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994). Accordingly, the case is dismissed with prejudice.

Furthermore, this is not a case in which the undersigned judge's impartiality might be reasonably questioned. *See United States v. Holland*, 519 F.3d 909, 912 (9th Cir. 2008) (absent

legitimate reason to recuse himself or herself, judge has a duty to sit in judgment in all cases assigned to that judge).

The Clerk shall close the case. The Clerk shall return, without filing, any further documents Bonilla submits after this case is closed.

**IT IS SO ORDERED.**

Dated:  May 16, 2019

VINCE CHHABRIA
United States District Judge